Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail  rohlfing_office@speakeasy.net

Attorneys for Plaintiff  JESSE VEGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JESSE VEGA, | Case No.:   1:09-CV-735 SMS |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER |
| Defendant | |

Plaintiff Jesse Vega ("Plaintiff") and Defendant Michael J. Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to January 25, 2010; and that Defendant shall have until February 22, 2010, to file his Responsive Brief.

An extension of time for plaintiff is needed as result of a recent death in Counsel's immediate family, an unfortunate event that placed extraordinary demands on Counsel's time during the grieving process.  Additionally, an extension is needed in order to properly address the issues within the 612 page

-1-

PDF created with pdfFactory trial version www.pdffactory.com

administrative record in this matter.  Counsel sincerely apologizes to the Court for any inconvenience this may have had upon it or its staff.

Respectfully submitted,

DATE: December 7, 2009      LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ Steven G. Rosales
BY: _____
Steven G. Rosales
Attorney for plaintiff JESSE VEGA

DATE:  December 7, 2009     BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ *Dennis J. Hanna*_____
DENNIS J. HANNA
Special Assistant United States Attorney
Attorneys for Defendant
[*Via email authorization]

OF COUNSEL TO DEFENDANT:
TIMOTHY R. BOLIN
Assistant Regional Counsel
United States Social Security Administration

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 25, 2010, in which to file Plaintiff's Opening Brief; Defendant may have until February 22, 2010, to file his Responsive Brief.

IT IS SO ORDERED.

Dated:    **December 7, 2009**              /s/ Sandra M. Snyder_____

**UNITED STATES MAGISTRATE JUDGE**

-2-

PDF created with pdfFactory trial version www.pdffactory.com